IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| ERIN ROBERTSON, individually and on behalf of a class of all persons and entities similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 2:24-cv-04106-MDH |
| MORTGAGE RESEARCH CENTER, LLC d/b/a VETERANS UNITED, | ) ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Stipulation of Dismissal (Doc. 59) wherein, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Robertson and Defendant Mortgage Research Center, LLC stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims, and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

WHEREFORE, after review, the Court **ORDERS** that this matter is dismissed in its entirety, with prejudice, and with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: April 3, 2025

                                             */s/ Douglas Harpool*
                                             **DOUGLAS HARPOOL**
                                             **UNITED STATES DISTRICT JUDGE**